MARC KLAW et al., Appellants, *v.* FAMOUS PLAYERS-LASKY CORPORATION et al., Defendants, and BANKERS' TRUST COMPANY, as Executor of ALF HAYMAN, Respondent.

*Contract — action to recover on alleged agreement to deliver stock.*

*Klaw* v. *Famous Players-Lasky Corpn.*, 207 App. Div. 211, affirmed. (Argued December 1, 1924; decided December 16, 1924.)

APPEAL from a judgment, entered February 1, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to recover under an alleged agreement whereby it was claimed the respondent's testator assigned and transferred to the plaintiff one-half of the stock of the corporation " Charles Frohman, Inc.," to which the said testator might be entitled or might at any time receive.

*Nathan D. Stern, I. M. Dittenhoefer* and *Mortimer Fishel* for appellants.

*Lindley M. Garrison* and *Charles A. Boston* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J. Not sitting: LEHMAN, J.